UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

                        Plaintiffs,                    2:22-cv-05651(EK)(JMW)

    -against-

JOHN STREET PHARMACY, LLC D/B/A ACUTUS
RX, KETUBEN RAVJI, and PATEL KAPREE
HOLDINGS, LLC.,

                        Defendants.
---------------------------------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, the "Plaintiffs"), hereby dismiss, without prejudice, all claims in this action asserted by Plaintiffs against Defendants John Street Pharmacy, LLC D/B/A Acutus Rx, Ketuben Ravji, and Patel Kapree Holdings, LLC (collectively, the "Defendants").

Dated: __11/15__, 2022

RIVKIN RADLER LLP

By: _____
    Michael A. Sirignano, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Counsel for Plaintiffs*

**SO ORDERED:**

_____
U.S.D.J.

_____, 2022